UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Theresa J. Meyer</u>

    v.                    Civil No. 09-cv-00106-JL

<u>James M. Callahan, et al.</u>


**O R D E R**

Because Patrick E. Donovan is on my recusal list, I hereby recuse myself from presiding over this case, and request the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 17, 2009

cc:  Daniel J. Mullen, Esq.
     Roger A. Bird, Esq.
     William C. Saturley, Esq.
     Bradford R. Carver, Esq.
     Mark E. Howard, Esq.
     Patrick E. Donovan, Esq.