UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Theresa J. Meyer**

    **v.**                                        Case No. 09-cv-106-PB

**James M. Callahan, et al.**

### O R D E R

Defendants' motion for judgment on the pleadings (Doc. No. 82) is denied without prejudice. Plaintiff shall file an amended complaint that meets all pleading requirements within 14 days of the issuance of this Order. Defendants shall file a motion to dismiss the amended complaint within 14 days of the filing of the amended complaint. Plaintiff shall file an objection thereto within 14 days of the filing of the motion. Defendants shall file a reply within 14 days of the filing of the objection. No extensions will be granted and no further amendments of the complaint will be permitted.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

September 10, 2010

cc: Daniel J. Mullen, Esq.
    Roger A. Bird, Esq.
    Stephen David Coppolo, Esq.
    William C. Saturley, Esq.
    Mark E. Howard, Esq.