```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Theresa J. Meyer</u>

    v.                                  Case No. 09-cv-106-PB

<u>James M. Callahan, et al.</u>


### <u>O R D E R</u>

Defendants shall file a memorandum specifically identifying each issue of law relevant to the disposition of this action on which Michigan and New Hampshire law differ. The memorandum shall also provide citations to supporting statutes and case law for each state's law. Plaintiff shall file a responsive memorandum stating her position with respect to each disputed issue of law identified by the defendants and, if plaintiff contends that Michigan law and New Hampshire law differ on any other relevant issues, she shall identify those issues and provide citations to statutes and case law to support her contentions.

Defendants' memorandum shall be filed within 14 days of the issuance of this Order. Plaintiff's response shall be filed within 14 days of the filing of the defendants' memorandum.

Defendants' reply shall be filed within 14 days of the filing of plaintiff's response.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

September 10, 2010

cc: Daniel J. Mullen, Esq.
    Roger A. Bird, Esq.
    Stephen David Coppolo, Esq.
    William C. Saturley, Esq.
    Mark E. Howard, Esq.