UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Theresa Meyer</u>

    v.                                       Case No. 09-cv-106-PB

<u>James M. Callahan, et al.</u>

### <u>O R D E R</u>

The Motion to Clarify Judgment (Doc. No. 189) is granted in part and denied in part.  The Judgment shall be amended to read as follows: "In accordance with the Order dated November 23, 2010, by Judge Paul Barbadoro granting defendants' motion to dismiss, and the Special Verdict returned on June 1, 2011, finding that the plaintiff proved by a preponderance of the evidence that defendant James Callahan breached the duty of loyalty he owed to the plaintiff but that no damages were caused by the breach, Judgment is hereby entered for the defendants."

    SO ORDERED.

                                                  Paul Barbadoro
                                                  United States District Judge

July 12, 2011

cc:   Daniel J. Mullen, Esq.
       Roger A. Bird, Esq.
       Karen A. Levchuk, Esq.